IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNETH NOVAK, JR.                                                                                    PLAINTIFF

v.                                            Case No. 6:21-cv-06055

SUPERVISOR JOE JONAS, Trinity
Services Group; SHERIFF MIKE MCCORMICK;
CHIEF ELROD; PRESIDENT DONALD TRUMP;
JAIL DOCTOR JOHN DOE 1, Turnkey Medical;
NURSE B. JOHNSON, RN, Turnkey Medical;
NURSE BETTY DOE II; ASA HUTCHINSON;
LESLIE RUTLEDGE; RICHARD DAVIS,
Hot Springs Arresting Police Officer; TIM BECKHAM,
Public Defender; UNITED STATES CONGRESS;
UNITED STATES SENATE; JACK MA,
Owner Alibab.com and Alibaba express; JEFF BEZOS,
Owner Amazon.com; JOHN DOE DEA DIRECTOR;
JOHN DOE DIRECTOR OF FBI; JOHN DOE
DIRECTOR OF CIA; JOHN DOE DIRECTOR OF
CDC; PROSECUTING ATTORNEY TRENT
DANIELS; JUDGE HERNSBERGER; JUDGE
HOMER WRIGHT; JUDGE OHMS; WILLIAM
BARR, U.S. Attorney General; LIEUTENANT
STAPLETON                                                                                             DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed July 1, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 5). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*.  Judge Ford recommended that this case be dismissed without prejudice pursuant to Rule 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and

should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED** this 21st day of July 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**